HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Love Deep Sidhu

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOVE DEEP SIDHU,<br><br>　　　　Defendant. | CASE NO. 2:10-CR-0347-MCE<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFICATION OF TERMS OF SUPERVISED RELEASE |

**STIPULATION**

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney Jill Thomas, United States Pre-Trial Service Officer Darryl Walker, and defendant Love Deep Sidhu, by his attorney, Christopher Haydn-Myer, hereby jointly request and stipulate that this Court may sign the Proposed Order, ordering that Mr. Love Deep Sidhu abide by the modified conditions of pretrial release.

The reason for the request is that Mr. Sidhu was arrested on charges stemming from the distribution of a controlled substance, and he has been under Pretrial Services supervision

with a drug testing condition since August 2010. He has no history of any drug use, and has never submitted a positive drug test while under supervision. Pre-Trial Service Officer Darryl Walker is recommending that Mr. Sidhu's drug testing condition be removed. Assistant United States Attorney Justin Lee is not opposing the modifications.

The modifications are as follows:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

///

///

8.  You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9.  You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

10. You shall not associate or have any contact with your co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer, with the exception of Navjot Singh.

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.

Finally, Christopher Haydn-Myer has been authorized by the parties to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: June 4, 2014  BENJAMIN B. WAGNER
Unites States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney
for Plaintiff United States

DATED: June 4, 2014  UNITES STATES PRE-TRIAL SERVICES

/s/ Darryl Walker
DARRYL WALKER
United States Pre-Trial Services Officer

///

///

///

///

DATED: June 4, 2014                HAYDN-MYER LAW OFFICE

                                   /s/ Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER
                                   Attorney for Love Deep Sidhu

**ORDER**

   IT IS SO FOUND AND ORDERED this 4th day of June, 2014.

                                   _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE