HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Love Deep Sidhu

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>LOVE DEEP SIDHU,<br><br>        Defendant. | CASE NO. 2:10-CR-0347-MCE<br><br>STIPULATION AND [PROPOSED] ORDER RE: RELEASE OF PASSPORT TO COUNSEL FOR PHOTOCOPYING |

**STIPULATION**

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney Justin Lee, and defendant Love Deep Sidhu, by his attorney, Christopher Haydn-Myer, hereby jointly request and stipulate that this Court may sign the Proposed Order, ordering that Mr. Love Deep Sidhu's passport be released from the Court Clerk's Office of the United States District Court, Eastern District of California, Sacramento Division, to Mr. Haydn-Myer for the purpose of photocopying. After it is photocopied, Mr. Sidhu's passport shall be

immediately returned to the Court Clerk's Office by Mr. Haydn-Myer.

The reason for the request is that Mr. Sidhu was arrested on charges stemming from the distribution of a controlled substance, and he has been under Pretrial Services supervision since August 2010. As part of his conditions of release, Mr. Sidhu surrendered his passport, and it is believed that the passport is being stored at the Court Clerk's Office.

Mr. Sidhu has informed Mr. Haydn-Myer that a potential future employer is requesting that he provide a copy of his United States passport as part of the hiring process.

The parties agree that Mr. Haydn-Myer can retrieve Mr. Sidhu's passport from the United States Clerk's Office, United States District Court, Eastern District of California, Sacramento Division, 501 "I" street, 4th Floor, make one photocopy of it while in the building, and then return Mr. Sidhu's passport to the Court Clerk's Office.

Christopher Haydn-Myer has been authorized to sign this stipulation on behalf of Assistant United States Attorney Justin Lee.

**IT IS SO STIPULATED.**

///
///
///

DATED: July 28, 2014        BENJAMIN B. WAGNER
                            Unites States Attorney

                            /s/ Justin Lee
                            JUSTIN LEE
                            Assistant United States Attorney
                            for Plaintiff United States


DATED: July 28, 2014        HAYDN-MYER LAW OFFICE

                            /s/ Christopher Haydn-Myer
                            CHRISTOPHER HAYDN-MYER
                            Attorney for Love Deep Sidhu


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 29, 2014

Dad1.crim
Sidhu0347.stipord.rel.passport

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE