MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
NAVJOT SINGH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAVJOT SINGH, et al<br><br>　　　　Defendants. | No. 10-cr-347 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: October 23, 2014<br>Time: 9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorneys for defendants, that the present date for the status conference shall be re calendared for October 23, 2014.

All counsel and all clients are continuing their review of the discovery provided, conducting legal research and factual development, and engaging in efforts to resolve the case. As such, based upon the foregoing, all counsel and defendants agree that the time under the Speedy Trial Act from the date this stipulation is lodged, through October 23, 2014, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: September 23, 2014. Respectfully submitted,

/s/ Mark J. Reichel

Attorney for defendant Singh

/s/ Mark J. Reichel for

Christopher Hayden-Myer

Attorney For Defendant LOVE SIDHU

BENJAMIN B. WAGNER

United States Attorney

/s/ Mark J. Reichel for:

JILL THOMAS

Assistant U.S. Attorney

Attorney for Plaintiff

## ORDER

The September 25, 2014 Status conference for Defendants Navjot Singh and Love Deep Singh Sidhu is CONTINUED to October 23, 2014 as set forth above. For the reasons set forth above, the court finds that there is good cause for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is EXCLUDED pursuant to 18 U.S.C. Section 3161(h)(7) through October 23, 2014 as to Defendants Navjot Singh and Love Deep Singh Sidhu, as set forth above.

IT IS SO ORDERED.

Dated: September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT