HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Ave., Suite 109
Citrus Heights, California 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
LOVE DEEP SINGH SIDHU

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>LOVE DEEP SINGH SIDHU,<br><br>        Defendant. | Cr. No. 10-347 MCE<br><br>STIPULATION AND [PROPOSED] ORDER RE: EXONERATION OF SECURED AND UNSECURED BAIL FOR FORMER DEFENDANT LOVE DEEP SINGH SIDHU |

The United States of America, through its attorney of record, Justin Lee, and former defendant Love Deep Singh Sidhu, through his attorney, Christopher Haydn-Myer, hereby agree and stipulate to the exoneration of the secured and unsecured bail for former defendant Love Deep Singh Sidhu. The basis for this stipulation is as follows:

1. Mr. Sidhu appeared before Chief Judge Morrison C. England, Jr. on March 12, 2015, and he was sentenced. ECF No. 450.

2. Mr. Sidhu did not file an appeal, and his time for filing an appeal has lapsed.

- 1 -

Sidhu Stip. Proposed Order.

3. There is no need for the posted secured and unsecured bail to remain in effect.

Based on the foregoing, the undersigned parties agree and stipulate that the secured and unsecured bail on behalf of former defendant Love Sidhu be exonerated.

**IT IS SO STIPULATED.**

DATED: April 13, 2015     BENJAMIN B. WAGNER
                          Unites States Attorney

                          /s/ Justin Lee
                          JUSTIN LEE
                          Assistant United States Attorney

DATED: April 13, 2015     LAW OFFICE OF CHRISTOPHER HAYDN-MYER

                          /s/ Christopher Haydn-Myer
                          CHRISTOPHER HAYDN-MYER
                          Attorney for Love Sidhu

**ORDER**

GOOD CAUSE APPEARING and based on the foregoing stipulation, it is hereby ordered that the secured and unsecured bail posted on behalf of former defendant Love Sidhu is hereby exonerated.

///
///
///

Sidhu Stip. Proposed Order.

| | |
|---|---|
| 1 | |
| 2 | **IT IS SO ORDERED.** |
| 3 | |
| 4 | Dated: April 14, 2015 |

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Sidhu Stip. Proposed Order.