UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England<br>Senior United States District Judge<br>Sacramento, California | RE: **Love Deep Singh SIDHU**<br>Docket Number: **2:10CR00347-06**<br>**PERMISSION TO TRAVEL<br>OUTSIDE THE COUNTRY** |

Your Honor:

Love Deep Singh Sidhu is requesting permission to travel to Baja California and Tijuana, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 12, 2015, Mr. Sidhu was sentenced for the offense(s) of 21 USC 846 & 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute MDMA and BZP (Class C Felony).

**Sentence Imposed:** Mr. Sidhu was sentenced to a term of time served, followed by 24 months of Supervised Release; $100 Special Assessment (paid). Special conditions of release included 12 months of location monitoring, which he successfully completed on June 14, 2016.

**Dates and Mode of Travel:** With the Court's permission, Mr. Sidhu plans to travel by way of car to Baja California and Tijuana, Mexico where he will stay in the area of Rosarito Beach, from July 29, 2016 through July 31, 2016.

**Purpose:** The purpose of this travel is for family vacation and Mr. Sidhu plans to travel with his parents, siblings, brother-in-law, and cousin.

RE: **Love Deep Singh Sidhu**
    **Docket Number: 2:10CR00347-06**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

*/s/ Laura Weigel*

Laura Weigel
Sr. United States Probation Officer


Dated: July 21, 2016
       Modesto, California
       LMW/lr

*/s/ Brenda Barron-Harrell*
**REVIEWED BY:** **Brenda Barron-Harrell**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒ Approved   ☐ Disapproved

**Dated: July 28, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE