UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Senior United States District Judge<br>Sacramento, California | RE:  **Love Deep Singh SIDHU**<br>       **Docket Number: 0972 2:10CR00347-06**<br>       <u>**Response to Early Termination Request**</u> |

Your Honor:

On March 12, 2015, the above-named offender received a sentence of time served, followed by a 24-month term of Supervised Release after pleading guilty to 21 USC 846 and 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute MDMA and BZP (Class C Felony).

As part of his Supervised Release, Mr. Sidhu is required to work regularly at a lawful occupation.  Mr. Sidhu obtained employment on October 3, 2016, at Alere Home Monitoring in Livermore, California.  Prior to this employment, the offender had difficulty obtaining/maintaining stable employment.  It is noted that for the majority of his supervision, Mr. Sidhu has worked at the Stockton City Motel, which is owned and operated by the offender's family.  During this time, Mr. Sidhu has repeatedly reported that the family owned motel was to be sold and his position was not a permanent position.

In light of the instability with his past employment and the limited time on his current job, the undersigned does not believe Mr. Sidhu has demonstrated consistent and stable employment.  However, it is noteworthy that Mr. Sidhu has not incurred any violation conduct.  He has also paid his financial obligations in full and he has complied with all conditions to date.  As such, the undersigned will recommend his case for low intensity supervision, which appears to be appropriate under the current circumstances.  Under low intensity supervision, Mr. Sidhu's case will only be monitored for new law violations.  Therefore, this officer opposes a recommendation for early termination.

**RE:    Love Deep Singh Sidhu**
**Docket Number: 0972 2:10CR00347-06**
**Response to Early Termination Request**

Respectfully submitted,

*/s/ Molly R. McSorley*

Molly R. McSorley
United States Probation Officer

Dated:   October 11, 2016
            Modesto, California


*/s/ Brenda Barron-Harrell*
_____

**REVIEWED BY:      Brenda Barron-Harrell**
**Supervising United States Probation Officer**


cc:    Jill Marie Thomas
        Assistant United States Attorney

        Justin Lee
        Assistant United States Attorney

        Love Deep Singh Sidhu
        Pro Se

- 2 -