UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | **RE:** **Love Deep Singh Sidhu**<br>Docket Number: 0972 2:10CR00347-006<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Love Deep Singh Sidhu is requesting permission to travel to Punjab, India. Love Deep Singh Sidhu is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 12, 2015, Love Deep Singh Sidhu was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute MDMA and BZP (Class C Felony).

**Sentence Imposed:** Time Served, 24 months Supervised Release, $100 Special Assessment.

**Dates and Mode of Travel:** January 10, 2017, to February 3, 2017. Mode of Travel: Virgin Atlantic Flight# VS042 at 8:05pm and returning Flight# VS041 at 5:50pm

**Purpose:** Visit family, attend family wedding and to visit his home in India.

1

REV. 06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

RE:   **Love Deep Singh Sidhu**
      **Docket Number:  0972 2:10CR00347-006**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   November 28, 2016
         Fresno, California
         TDM/rmv

                      /s/ Brian J. Bedrosian
**REVIEWED BY:**    **BRIAN J. BEDROSIAN**
                    **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

Dated:  December 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX